IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON


MARK A. WOOD,                              :           Case No. 3:11-CV-32

            Plaintiff,                                 District Judge Thomas M. Rose
                                                       Magistrate Judge Michael J. Newman
      v.                                   :

PHIL PLUMMER, *et al.*,

            Defendants.                    :

---

## ORDER TO *PRO SE* PLAINTIFF

---

        This matter is before the Court *sua sponte*.   Two motions for summary judgment have

been filed in this case -- by Defendants Dr. Jane Doe and Nurse Theresa on August 10, 2012 (doc.

36); and by Defendants Robert Rosenkranz, Holly Rudd, James Davis, Jr., and Debra Matheney on

September 14, 2012 (doc. 39).   To date, *pro se* Plaintiff has not filed any responsive memoranda to

those motions.   Although the deadline for filing a memorandum in opposition has passed, in the

interest of justice, **the Court affords Plaintiff until December 24, 2012 to file a memorandum**

**in opposition to Defendants' summary judgment motions**. Plaintiff is **ADVISED** that the

summary judgment motions are dispositive motions.   Accordingly, his failure to properly and

timely respond to them may be cause for the Court to grant summary judgment against his claims.

Plaintiff is instructed to read and comply with Federal Rule of Civil Procedure 56.

        **IT IS SO ORDERED.**

December 14, 2012                                       **s/ Michael J. Newman**
                                                       United States Magistrate Judge