IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MARK A. WOOD, | : | Case No. 3:11-CV-32 |
| Plaintiff, | | District Judge Thomas M. Rose<br>Magistrate Judge Michael J. Newman |
| v. | : | |
| PHIL PLUMMER, *et al.*, | | |
| Defendants. | : | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A PROPOSED JOINT FINAL PRETRIAL ORDER (DOC. 46)**

This matter is before the Court upon Defendants' unopposed motion for an extension of time to file a proposed joint final pretrial order due on January 18, 2013.  Doc. 46.  For good cause shown, and in light of the undersigned's recently issued Report and Recommendation that all of Plaintiff's claims be dismissed (doc. 47) -- Defendants' motion (doc. 46) is **GRANTED**.  The proposed joint final pretrial order is due on or before **February 15, 2013**.  The final pretrial conference date and the trial date remain the same.

    **IT IS SO ORDERED.**

January 23, 2013                                                         **s/ Michael J. Newman**
                                                                                     United States Magistrate Judge